

| Date | Facility | | Reason | (7) First Admission — Detention Facility |
|---|---|---|---|---|
| 22/11 | QBCC | | BH | *Jonathan memory* |
| 7/11 | RNDC | | | Inmate's Specimen Signature |
| date | OBCC/OBy | | ok | |

**(8) First Admission — Sentence Facility**

Name of Facility

Date Received                               Time

Valuables Number

X _____
Inmate's Signature

**(9) Discharge From Custody**

(10) Attorney of Record

Name

Expiration Date

Business Telephone Number

Date Released                               Time

X _____
Inmate's Signature

Released By

X _____
Employee's Name      Title      Shield Number

**(11) Jail Time Certifications**

| # or Number | Dates From | To | Name of Facility | Total Days | Employee's Initials | Shield No. I.D. Number |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

(12) Remarks

Employee's Name      Title      Shield - I.D. Number

**Inmate Rule Book and Inmate Handbook Receipt**

I hereby acknowledge that I received the Inmate Rule Book and Inmate Handbook.

Rule Book # RB _2677_   Handbook # HB: _267677_

Inmate's Signature: *Jonathan memory*

Title: PO
Shield # 11003

(13) FINGER PRINTS — LEFT INDEX

Sentence Facility Discharge from

First Admission Sentence Facility

Discharge or Transfer to Sentence Facility

First Admission Detention

AIDS ORIENTATION
Date    Init./ Shield

AIDS DISCHARGE
Date    Init