415

| | THE CITY OF NEW YORK<br>DEPARTMENT OF CORRECTION<br>**DIRECTIVE** | |
|---|---|---|
| [ ] NEW  [ ] INTERIM  [X] REVISED | SUBJECT | |
| EFFECTIVE DATE  *TERMINATION DATE<br>01/10/02 | HOUSEKEEPING PROCEDURES | |
| CLASSIFICATION  SUPERSEDES  DATED<br># 3901R-A  # 3901R  12/26/01 | DISTRIBUTION<br>A | PAGE 1<br>OF 11 PAGES |
| RECOMMENDED FOR APPROVAL BY REVIEW BOARD MEMBER<br>ROBERT N. DAVOREN, CHIEF OF DEPARTMENT  SIGNATURE | AUTHORIZED BY THE COMMISSIONER<br>William J. Fraser<br>WILLIAM J. FRASER  SIGNATURE | |

## I. PURPOSE

To ensure that all facilities within the New York City Department of Correction are in compliance with the mandates of the Remedial Orders in Benjamin and related cases and with all applicable health codes and regulations regarding housekeeping. In addition, this directive shall ensure proper management and maintenance of housekeeping issues.

## II. POLICY

Sanitation and cleanliness contribute to the good health and welfare of both staff and inmates. To be effective, sanitation must be an important part of the daily operation. Staff, as well as inmates are responsible for doing their part in maintaining clean conditions within the facility.

## III. DEFINITIONS

A. Cleaning - the removal of visible dirt.

B. Sanitizing - the destruction of the living form of pathogenic bacteria by the use of disinfectant and other similar products.

C. Refuse - all discarded material other than regulated medical waste, hazardous waste or sewerage.

| EFFECTIVE DATE 01/10/02 | SUBJECT |
|---|---|
| CLASSIFICATION #3901R-A | HOUSEKEEPING PROCEDURES |
| DISTRIBUTION D | PAGE 2 OF 11 PAGES |



## IV. PROCEDURES

### A. AREAS OF RESPONSIBILITY

1. The Commanding Officer shall be responsible for ensuring that all areas in the institution are maintained in compliance with the Remedial Orders and all applicable Health Codes & Regulations as they pertain to housekeeping.

   a. The Commanding Officer shall ensure that all 3X11 Area Captains receive copies of the weekly Public Health Sanitarian reports for their areas of responsibility.

   b. During their first tour, the Area Captain must instruct the Correction Officer to write work orders for maintenance deficiencies and to abate routine cleaning violations.

   c. The Area Captain shall write the corrective actions taken in the "For Facility Use" column on the Public Health Sanitarian report. If the entire violation is not abated during the 3X11 tour, the Area Captain must note the percentage of the violation that was abated during the tour. For example:

   Violation: The light in cell 3 was inoperable.
   Response: Work order submitted on November 16, 2001

   Violation: The showers were dirty.
   Response: Showers were cleaned on November 16, 2001.

   Violation: The vents in all cells were dirty.
   Response: The vents in 25% of the cells or cells 1-13 were cleaned on 11/16/01.

   d. The Area Captain must submit the completed Public Health Sanitarian reports to the Tour Commander by the end of the tour.

   e. The Tour Commander shall forward the completed Public Health Sanitarian reports to the Environmental Health Captain. The EHO Captain will redistribute all unfinished Public Health Sanitarian Reports back to the 3x11 Area Captain on each successive day until the non maintenance-related violations are abated. Additionally, the EHO must submit a schedule to the Deputy Warden of Administration for the abatement of violations outside the resources of the Area Captains.

416

| | EFFECTIVE DATE 01/10/02 | SUBJECT | |
|---|---|---|---|
|  | CLASSIFICATION #3901R-A | HOUSEKEEPING PROCEDURES |  |
| | DISTRIBUTION D | PAGE 3 OF 11 PAGES | |

## IV. PROCEDURES (continued)

    f. The Deputy Warden for Administration shall ensure that the Tour Commander assigns the Area Captains on the 3 X 11 tour to monitor the abatement of the non maintenance-related outstanding violations. Again, the Area Captains must document the percentage of work completed on their tour and return the reports to the Tour Commander at the end of each tour. This process must be repeated until all violations are abated.

    g. The Deputy Warden for Administration shall review and approve the EHO Captain's schedule for abating the violations outside the ability of the Area Captains. The Deputy Warden for Administration must ensure that the outstanding violations are abated within the time frame indicated in Directive #3905R.

2. The Administrative Deputy Warden (or the Commanding Officer's designee) shall ensure that housekeeping procedures are adhered to throughout the facility.

3. Tour commanders and unit managers shall ensure that the facility is maintained in good clean condition and that all staff members comply with established sanitation procedures. In addition to routine inspections, whenever substandard conditions are identified, appropriate reports shall be forwarded to the Administrative Deputy Warden (or the Commanding Officer's designee) for resolution.

4. Environmental Health Officers shall be directly responsible for maintaining satisfactory sanitation and environmental standards in compliance with departmental policies. The Environmental Health Officer shall perform his/her duties as outlined in Directive #3900.

5. Every Captain is responsible for the inspection of each area of the facility under their supervision during each tour of duty. They shall ensure that clean conditions are maintained. The inspection shall include, but is not limited to the following:

| | EFFECTIVE DATE<br>01/10/02 | SUBJECT<br>HOUSEKEEPING PROCEDURES | |
|---|---|---|---|
|  | CLASSIFICATION<br>#3901R-A | |  |
| | DISTRIBUTION<br>D | PAGE 4 OF<br>11 PAGES | |

416

## IV. PROCEDURES (continued)

    a. Janitor closets;
    b. Shower Areas;
    c. Dayrooms;
    d. Corridors;
    e. Bathrooms;
    f. Living Quarters;
    g. Common areas (kitchen, law library, programmatic areas, etc.).

A record of the inspection shall be entered into the area logbook, which shall reflect the area inspected and specific instructions given to correct any deficiencies that were noted. A second inspection during the same tour shall be made in order to ensure that deficiencies were corrected. In the event deficiencies are not corrected the captain shall notify the tour commander/unit manager and submit appropriate reports. Captains shall instruct correction officers in proper sanitation techniques.

6. Every Captain shall be responsible for ensuring that all sanitation violations cited on the Public Health Sanitarian reports (as mandated by Directive #3905R) are abated during that tour and that work orders are written for all maintenance related violations. The Captain shall write the action taken in the right column of the Sanitarian report (Reference Form No. EHU 3 – Dir. 3905R) labeled "For Facility Use." Each Captain shall submit the completed form to the Tour Commander by the end of the tour for submission to the Deputy Warden for Administration.

7. Each Correction Officer shall be held individually responsible for the cleanliness and sanitation of their entire post, and jointly responsible to cooperate in maintaining the cleanliness of the facility in its entirety.

8. All Correction Officers assigned to supervise work details shall instruct inmates in the proper sanitation techniques at the beginning of each assignment, and throughout the activity. Correction Officers shall inspect the inmates work upon completion of each activity to ensure the inmates work has been completed in a satisfactory manner.

9. All civilian employees shall be individually responsible for the cleanliness of their immediate work area.

| | | | |
|---|---|---|---|
| 416 | EFFECTIVE DATE 01/10/02 | SUBJECT **HOUSEKEEPING PROCEDURES** |  |
|  | CLASSIFICATION #3901R-A | | |
| | DISTRIBUTION D | PAGE 5 OF 11 PAGES | |

## IV. PROCEDURES (continued)

### B. HOUSEKEEPING FOR HOUSING AREAS

1. Inmates will be responsible for cleaning their own living space. In dormitory settings, living space shall be defined as the bed, locker, the floor beneath the bed, and the floor adjacent to the bed, ranging from the inmates' locker to the foot of the bed. Correction Officers shall instruct inmates to clean their living space on a daily basis. Failure of inmates to maintain clean conditions of their living space, shall result in disciplinary action. Correction Officers shall ensure the living space is cleaned by the housing area work detail.

2. All floors located in common areas of the housing area shall be swept and washed three times a day, and kept dry and free of hazardous material. These areas include but are not limited to corridors, dayrooms, and interview rooms. All common areas in housing areas which include shower facilities, toilets, washbasins and sinks, shall be thoroughly cleaned and sanitized at least once daily and more often if necessary. All drains shall have covers which shall be cleaned daily in order to prevent clogging and defective drainage. The laundry areas and janitor's closets shall be cleaned once daily and more often if necessary.

3. All housing areas shall be thoroughly cleaned by washing at regular frequent intervals and in any event not less frequently than once every two weeks. Floors, walls, and ledges, shall be included in these procedures.

4. All bars, fire stairwells and windows shall be cleaned and washed regularly and in any event not less frequently than once every three months.

5. Every cell shall be thoroughly cleaned upon becoming vacant and shall be maintained in that condition until it is again occupied. The toilet and sink shall be cleaned and sanitized.

6. Each housing area shall have a well ventilated janitors closet free of mold and mildew. Janitor's closets shall be equipped with an adequate supply of cleaning implements, accessible to all inmates. Such implements and supplies shall include brooms, dust pans, mops, mop wringers, buckets, sponges, toilet and other brushes, soap, disinfectant and other cleaning agents. The janitor's closet shall be equipped with a sink.

| | EFFECTIVE DATE<br>03/27/08 | SUBJECT<br>HOUSEKEEPING PROCEDURES | |
|---|---|---|---|
|  | CLASSIFICATION<br>#3901R-A | |  |
| | DISTRIBUTION<br>A | PAGE 6 OF<br>11 PAGES | |

### IV. PROCEDURES (continued)

7. All such supplies shall be available in sufficient numbers and quantity so that each inmate can clean his/her cell daily and that the common areas can be cleaned according to the procedures outlined in this Directive.

8. All cleaning implements shall be thoroughly cleaned after each use and stored in the janitor's closet. Mops shall not be stored in pails or on the floor. They shall be placed on mop racks, or in the absence of racks, upside down with the mop head against the wall.

### C. WEEKLY CLEANING

1. Each Sunday morning, the Correction Officer shall ensure that the following sanitation tasks are performed in all living areas (cell, dorm sleeping areas, bathrooms and dayrooms). These tasks are to be performed in addition to the daily sanitation tasks mandated in this Directive.

   a. All bed frames, windowsills, and ledges in the living areas shall be dusted and cleaned with a sanitizing solution;

   b. All ventilation registers shall be dusted with a short handled deck brush;

   c. All walls shall be washed with a sanitizing solution up to a height of eight feet; and

   d. All intact light shields shall be dusted with a clean dry mop. Under no circumstances shall a wet or damp mop be used.

2. Each inmate is responsible for cleaning their living area (cell or space around their bed in a dorm). The inmate work cadre shall perform the above mentioned tasks in the shower, bathroom, dayroom, pantry, vacant cells and janitor's closet.

   a. The Correction Officer shall inspect each area at the completion of the cleaning tasks. The Correction Officer shall complete the Weekly Sanitation Inspection Form (Attachment A) attesting that the housing area was cleaned and all tasks were completed. The Correction Officer shall note any maintenance deficiencies on the inspection form. All torn mattresses and stained light shields must be listed on the inspection form. The Correction Officer shall prepare work orders for the replacement of all stained light shields and any other maintenance deficiencies observed during the sanitation inspection. An explanation must be included in the comment section for all negative findings on the Weekly Sanitation Inspection Form.

 

| EFFECTIVE DATE 03/27/08 | SUBJECT | |
|---|---|---|
| CLASSIFICATION #3901R-A | **HOUSEKEEPING PROCEDURES** | |
| DISTRIBUTION A | | PAGE 7 OF 11 PAGES |

## IV. PROCEDURES (continued)

    b. The Area Captain shall also sign the inspection form indicating that their tour confirmed that the housing area was cleaned and that the Correction Officer prepared work orders for all deficient conditions.

    c. The Area Captain shall submit the Weekly Sanitation Inspection Form to the Tour Commander for submission to the Deputy Warden for Administration.

    d. The Deputy Warden for Administration shall forward copies of the Weekly Sanitation Inspection Forms to the Environmental Health Officer (EHO) and the Supervisor of Mechanics (SOM).

    e. The EHO and the SOM shall write a response (including the abatement date or expected abatement date) for all conditions listed on the Weekly Sanitation Inspection Form and submit the completed form to the Deputy Warden of Administration.

    f. The Deputy Warden of Administration shall forward the completed Weekly Sanitation Inspection Forms to the Warden and the Assistant Commissioner of the Environmental Health Unit.

    g. The Assistant Commissioner of the Environmental Health Unit shall ensure that the Public Health Sanitarians spot check 20% of the deficiencies noted on the Weekly Sanitation Inspection Forms in their assigned facilities.

### D. HOUSEKEEPING FOR COMMON AREAS

1. All common areas (outside of housing areas) that are accessible to the inmate population for the processing/program functions must be maintained in a clean condition. These areas include but are not limited to the following:

    a. Visit House;
    b. Law Library;
    c. School;
    d. Clinic;
    e. Social Service;
    f. Commissary; and
    g. Religious Service Area.

| EFFECTIVE DATE | SUBJECT | |
|---|---|---|
| 01/10/02 | HOUSEKEEPING PROCEDURES | |
| CLASSIFICATION #3901R-A | | |
| DISTRIBUTION D | PAGE 8 OF 11 PAGES | |

## IV. PROCEDURES (continued)

    h. Recreation Area;
    i. Corridor;
    j. Barber Shop/Beauty Parlor;
    k. Intake Area;
    l. Inmate Assignment Area;
    m. Counsel and Visit Area; and
    n. Dining Areas, Food Service, and Preparation Areas.

2. All common area shower facilities, toilets, washbasins and sinks and other personal hygiene areas shall be thoroughly cleaned and sanitized at least once daily and more often if necessary. All drains shall be cleaned daily in order to prevent clogging and defective drainage. Janitor's closets and sanitation facilities shall be cleaned once daily and more often if necessary.

3. All floors located in common areas shall be swept and washed once a day and more often if necessary. The floors shall be kept dry and free of hazardous material. These areas include but are not limited to corridors, stairwells, waiting areas, treatment areas and interview rooms.

4. All common areas shall be thoroughly cleaned by washing at regular frequent intervals and in no event less frequently than once every two weeks. Floors, shall be included in this procedure.

5. All bars, fire stairwells, walls (up to 8ft), windows and ledges shall be cleaned and washed regularly and in no event less frequently than once every three months. These areas shall be spot washed as needed.

6. Facilities shall ensure that common area janitor closets have adequate supplies in order to maintain the cleanliness of these areas. The janitor's closet or the immediate area must be accessible to a sink.

    Such implements and supplies shall include brooms, dust pans, mops, mop wringers, buckets, sponges, toilet and other brushes, soap, disinfectant, and other cleaning agents. All cleaning implements shall be thoroughly cleaned after each use and stored in janitor's closets. Mops shall be placed on mop racks, or in the absence of racks, upside down with the mophead against the wall.

7. Sanitation procedures for clinic areas shall be completed in accordance with the provisions of Directive #3903.

416

|  | EFFECTIVE DATE<br>01/10/02 | SUBJECT<br>HOUSEKEEPING PROCEDURES |  |
|---|---|---|---|
| | CLASSIFICATION<br>#3901R-A | | |
| | DISTRIBUTION<br>D | PAGE 9 OF<br>11 PAGES | |

## IV. PROCEDURES (continued)

### E. GENERAL HOUSEKEEPING INSPECTION INSTRUCTIONS FOR CORRECTION OFFICERS

1. **Inmate Living Space**

   All floors, walls, ceilings, light fixtures, windows, lockers, toilets, and sinks, shall be free of visible dirt.

2. **Dayrooms and Common Areas**

   All floors, walls, tables, chairs, windows, ceilings, vents, and light fixtures shall be free of visible dirt.

3. **Bathrooms**

   All floors, walls, ceilings, vents, and mirrors shall be free of visible dirt. All urinals, toilets, mirrors, sinks, faucets, control knobs, shower stalls, and shower curtains shall be clean and free of soap scum. All sink and shower drains shall be clean and free of obstructions.

4. **Equipment**

   Correction Officers shall be responsible for the return of all equipment and supplies to the utility closet after each use. All equipment shall be cleaned prior to storage. The closet must be maintained in a secure, neat, clean, and orderly fashion.

   In the event the Correction Officer has insufficient sanitation supplies and/or can not achieve the above standards, the officer shall notify the area supervisor. The area supervisor has access to the Housekeeping Manual which illustrates proper cleaning procedures and equipment.

### F. REFUSE

1. Regulated medical waste and hazardous waste shall be removed in accordance with the provisions of Directives #3909, and #3904 respectively.

| | | |
|---|---|---|
| 416 | | |
|  | **EFFECTIVE DATE** 01/10/02 | **SUBJECT** HOUSEKEEPING PROCEDURES |
| | **CLASSIFICATION** #3901R-A | |
| | **DISTRIBUTION** D | PAGE 10 OF 11 PAGES |



## IV. PROCEDURES (continued)

2. All refuse shall be removed from housing areas and common areas at least three times daily, or whenever a refuse container is full. Refuse shall be removed immediately after night-time lock-in begins. Sufficient refuse containers shall be maintained in housing areas, dayrooms, tiers, lock-out corridors and other common areas. Each housing area living space shall have one refuse container of adequate size.

3. Refuse containers shall be durable, non porous, water tight, rust resistant, inaccessible to insects and vermin, easily cleanable and fitted with fly-tight covers.

### G. REFUSE CONTAINER CLEANING PROCEDURES

All refuse containers shall be cleaned and dried after being emptied. Containers shall be inspected for damage and leaks, and when necessary they shall be replaced. Containers shall be stored in a separate area, apart from food preparation and food serving areas.

### H. INSTITUTIONAL ORDERS

Commanding Officers shall promulgate Institutional Orders specifying staff responsibilities pursuant to the requirements of this Directive. Detailed procedures for all stages of refuse removal shall be established.

## V. REFERENCES

A. DIRECTIVE #3900, ENVIRONMENTAL HEALTH PROGRAM, 12/08/95.

B. DIRECTIVE #3903, SANITATION PROCEDURES FOR MEDICAL AREAS, 12/08/95.

C. DIRECTIVE #3904, HAZARDOUS WASTE REMOVAL AND ENZYMES TREATMENT, 12/08/95.

D. N.Y.C. HEALTH CODE.

416

| | EFFECTIVE DATE **01/10/02** | SUBJECT | |
|---|---|---|---|
|  | CLASSIFICATION **#3901R-A** | **HOUSEKEEPING PROCEDURES** |  |
| | DISTRIBUTION **D** | PAGE **11** OF **11** PAGES | |

## V. REFERENCES (continued)

E. N.Y.C. B.O.C. MINIMUM STANDARDS.

F. REMEDIAL ORDER, BENJAMIN, 75 CIV. 3073, DATED 04/26/01.

G. REMEDIAL ORDER, BENJAMIN, ORDER, DATED 07/11/01.

## VI. ATTACHMENT

Weekly Sanitation Inspection Form (Form 3901), dated 01/10/02.

## VII. SUPERSEDES

Directive #3901R, HOUSEKEEPING PROCEDURES, dated 12/26/01.

cny000011