| | | |
|---|---|---|
| **CORRECTION DEPARTMENT**<br>**CITY OF NEW YORK**<br>**SANITARIAN'S REPORT** | **ENVIRONMENTAL HEALTH UNIT**<br>FORM NO. EHU3<br>EFF. 08/02/99<br>REF. DIR. 3905R | |

Facility: RNDC   Date: 11/18/11   Areas Inspected on this date: Mod 2 North / South   1 of 23 pages

| Sanitarians Use Only | Violations Noted | Facility Use Only |
|---|---|---|
| | Mod 2 N/S | |
| | (1) Lighting was not maintained in that | |
| | (a) A light fixture by bed #44 was observed inoperable (S) | |
| R3 WOS | (b) A light fixture was observed inoperable in the dayroom and by the entrance door. (S) | |
| | (c) A light fixture was noted inoperable in the A Station Bathroom | |
| | (d) A light fixture was noted removed in the A Station | |
| | (2) Ventilation – NCA<br>Note: Ambient temperature: 68.3°F  (N/S) | |
| | (3) Mattresses – NCA | |
| | (4) Food Storage Container – NCA | |

D.O.C. Sanitarian: 37109   Date:   Warden:   EHU Supervisor:

\* — Serious Violation
APE — Abated by Personal Effort
NCA — No Cause for Action
R — Repeat

VCW — Violation Complied With
WOP — Work Order on Post
WOB — No Work Order Book
WOS — Work Order Submitted

cny000012

| CORRECTION DEPARTMENT CITY OF NEW YORK | ENVIRONMENTAL HEALTH UNIT |
|---|---|
| SANITARIAN'S REPORT | FORM NO. EHU1<br>EFF. 08/02/99<br>REF. DIR. 3905R |

Facility: RNDC   Date: 11/18/11   Areas inspected on this date: Mod 2 N/S   12 of 23 pages

| Sanitarians Use Only | Violations Noted | Facility Use Only |
|---|---|---|
| | (3) Plumbing was not maintained in that | |
| R₂ WOS | (a) The 4th and 5th sink were observed inoperable (S) (Right) | |
| | (b) The 1st toilet was noted inoperable (S) | |
| | (c) The 3rd urinal was noted inoperable (S) | |
| | (4) The 1st sink was observed inoperable (N) | |
| | (5) The 7th sink was observed continuously runs (N) | |
| | Note: Hot Water temperature: 108°F (N) / 109°F (S) | |
| | (6) Janitor Closet | |
| | (a) No organizer was noted (N) | |
| R₁ | (7) Window was not maintained in that window screens were noted missing in the dorm (N/S) | |

D.O.C. Sanitarian: [signature] 37109   Date: Warden: Hakim [signature]   EHU Supervisor: [signature]

\* = Serious Violation   VCW — Violation Complied With
APE = Abated by Personal Effort   WOP — Work Order on Post
NCA = No Cause for Action   WOB — No Work Order Book
R = Repeat   WOS — Work Order Submitted

# NEW YORK CORRECTIONS DEPARTMENT
## NEW YORK CITY JAILS

**Facility Name:** RNDC
**Date of Inspection:** 11/18/11
**Time of Inspection:** 12:46
**Unit:** Mod 2 South
**Type:** Dorm
**DOC Sanitarian:** E-Tan
**Page** 22 **of** 23
**Supervisor:** [signature]
**Housekeeping Compliance Percentage:** 78.7

1=10 10=37

### Housekeeping Management / Critical Sanitary Criteria / Housekeeping Observations

| Unit Component | 1 CLEANING & SANITIZING PROCEDURES FOLLOWED | 2 LACK OF CLEANING CHEMICALS | 3 INADEQUATE CLEANING EQUIP & EQUIP SANITATION | 4 ADEQUATE WATER FACILITIES PROVIDED | 5 PRESENCE OF VERMIN OR INDICATOR ORGANISMS | 6 UNCLEAN TO SIGHT | 7 ORGANIC SOIL ACCUMULATIONS | 8 SURFACES SMOOTH & EASILY CLEANABLE | 9 PRESENCE OF ODORS | 10 INADEQUATE LIGHTING | 11 VENTILATION | COMPONENT TREND SCORE | INSPECTION NOTES (Place X in box) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GENERAL | | | | | | | | | | | | | |
| Showers | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | | |
| Toilet Area | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | | |
| Day Room (general) | | | | | | | | | | | | | |
| Day Room (toilet) | | | | | | | | | | | | | |
| Day Room (furnishings) | | | | | | | | | | | | | |
| Utility/Janitor Room | | | | | | 0 | 0 | 0 | 0 | 0 | 1 | | |
| Storage | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Cell/Cell # | | | | | | | | | | | | | |
| Cell/Cell # | | | | | | | | | | | | | |
| Cell/Cell # | | | | | | | | | | | | | |
| Sleeping Area (General) | | | | | | 1 | 0 | 0 | 0 | 0 | 0 | | |
| Dormitory Beds | | | | | | 0 | 0 | 1 | 1 | 1 | 0 | | |
| Common Area | | | | | | | | | | | | | |
| Unit Component Totals | | | | | | 4 | 0 | 3 | 1 | 1 | 1 | | |

**Scoring:**
1 = Does not meet accepted standards or requirements.
0 = Meets accepted standards or requirements.

Yes = Met standard or requirement.
No = Has not met standard or requirement.
Blank = Not Applicable

x = see inspection notes

### INSPECTION NOTES:

(1) Shower - Slight mildew was noted on the ceiling. Light plinth was noted slightly dirty.

(2) Bathroom - Slight mildew was noted on the ceiling. A wall panel was noted loose/missing (L).

(3) Dayroom - Observed stained, dirty light plinth was noted. Light leaking - 74 ftcd.

(4) Dayroom furnishing - A yellow tablesha noted cracked/broken.

(5) Sleeping Area - Wall Vent by bed # 43, 49 were noted dirty inside. A ceiling vent over bed #41 was noted stuffed with paper. Empty bedset # 34, 36 were noted slightly dirty and noted. Wire noted at beds # 8, 9, 10, 11, 12. Window tracks/wire noted dirty. Floor (screen) tiles were missing.

(6) Dormitory Beds - No Vent
   Janitor closet - No Vent

chy000014